IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR RENARD CYRUS,

    Plaintiff,                    No. CIV S-10-2793 EFB P

    vs.

HAVILAND, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In addition to filing a complaint, plaintiff has filed an application to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

**I.    Request to Proceed In Forma Pauperis**

        Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Dckt. No. 7. His application makes the showing required by 28 U.S.C. § 1915(a)(1) and (2). Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2).

## II. Screening Order

Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court finds that, for the limited purposes of § 1915A screening, the complaint states potentially cognizable Eighth Amendment failure to protect claims against defendants Guillory, Medina and Melgoza.[1]

Accordingly, it hereby is ordered that:

1. Plaintiff's request to proceed *in forma pauperis* is granted.

2. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendants Guillory, Medina and Melgoza.

4. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the October 15, 2010 complaint.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed October 15, 2010 complaint.

---

[1] The Clerk of the Court is directed to terminate defendant Haviland, Warden from the list of parties to this action. In his complaint, plaintiff did not list Haviland as a party to this action. *See* Compl., § II. If plaintiff desires to name the warden as a defendant, he may file an amended complaint within 30 days from the date of this order. Plaintiff, however, may not change the nature of the suit by adding new, unrelated claims in an amended complaint. Further, any amended complaint supercedes the prior complaint and must be complete in itself without reference to the original complaint.

1       6.  Upon receipt of the necessary materials, the court will direct the United States
2  Marshal to serve defendants Guillory, Medina and Melgoza, pursuant to Federal Rule of Civil
3  Procedure 4 without payment of costs.  Failure to comply with this order will result in this action
4  being dismissed.
5  Dated:  March 23, 2011.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR RENARD CYRUS,

    Plaintiff,               No. CIV S-10-2793 EFB P

    vs.

HAVILAND, et al.,

    Defendants.           NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        3        completed forms USM-285

        4        copies of the October 15, 2010 Complaint

Dated:

                                              Plaintiff