1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VICTOR RENARD CYRUS,

11          Plaintiff,                        No. 2:10-cv-2793 GEB EFB P

12      vs.

13   HAVILAND, et al.,

14          Defendants.                       ORDER

15   _____/

16      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

17   under 42 U.S.C. § 1983.  On March 22, 2012, the court granted defendants' motion to dismiss

18   and judgment was duly entered.  Dckt. Nos. 23, 24.

19      Presently pending is plaintiff's April 25, 2012 "Motion to the Court for this Case to Be

20   Sealed as Dismissed and Removed from Google Search internet access."  Dckt. No. 25.

21   Plaintiff's motion must be denied.  This case file has always been publicly available.  Plaintiff

22   failed to comply with Local Rule 141, which authorizes the sealing of documents only upon

23   motion and written order of the court.  The court cannot now remove the case information from

24   the public domain.  *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 n.11 (2d Cir. 2004)

25   (noting that once information is public, "it necessarily remains public," and that "[o]nce the cat

26   is out of the bag, the ball game is over") (internal quotations omitted)).  Moreover, there is no

1  basis for sealing a case "as dismissed" and this court cannot, as plaintiff requests, "remove"

2  information about this case from the Internet.

3      Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion to the Court for this

4  Case to Be Sealed as Dismissed and Removed from Google Search internet access" (Dckt. No.

5  25) is denied.  Plaintiff is hereby informed that the court will not respond to future filings in this

6  action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of

7  Appellate Procedure.

8  DATED:  August 10, 2012.

9                                      EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26