IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR RENARD CYRUS,

     Plaintiff,                              No. 2:10-cv-2793 GEB EFB P

     vs.

HAVILAND, et al.,

     Defendants.                     <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On March 22, 2012, the court granted defendants' motion to dismiss and judgment was duly entered. Dckt. Nos. 23, 24.

        Presently pending is plaintiff's April 25, 2012 "Motion to the Court for this Case to Be Sealed as Dismissed and Removed from Google Search internet access." Dckt. No. 25. Plaintiff's motion must be denied. This case file has always been publicly available. Plaintiff failed to comply with Local Rule 141, which authorizes the sealing of documents only upon motion and written order of the court. The court cannot now remove the case information from the public domain. *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 n.11 (2d Cir. 2004) (noting that once information is public, "it necessarily remains public," and that "[o]nce the cat is out of the bag, the ball game is over") (internal quotations omitted)). Moreover, there is no

1

1 basis for sealing a case "as dismissed" and this court cannot, as plaintiff requests, "remove"
2 information about this case from the Internet.
3     Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion to the Court for this
4 Case to Be Sealed as Dismissed and Removed from Google Search internet access" (Dckt. No.
5 25) is denied.  Plaintiff is hereby informed that the court will not respond to future filings in this
6 action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of
7 Appellate Procedure.
8 DATED:  August 10, 2012.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE